IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Barbie Robinson, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. H-25-4925 |
| Harris County, Texas, | § § § | |
| Defendant. | § § | |

## ORDER

Defendant, Harris County, Texas, has filed an First Amended Motion to Dismiss (docket no 19). The Motion seeks dismissal pursuant to Fed. R. Civ. P. 12(b)(6). The Court's normal practice is to allow only one dispositive motion per party, and the Court sees no reason to make an exception in this case. If Defendant's Amended Motion to Dismiss is denied, the Court will therefore not allow it to file a Motion for Summary Judgment. If Defendant withdraws its Amended Motion to Dismiss, it may file a Motion for Summary Judgment in accordance with the Docket Control Order. The Court requests that Defendant, Harris County, Texas, inform the Court of its decision by **February 6, 2026**.

**SIGNED** at Houston, Texas, on this 29th day of January, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE