IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BARBIE ROBINSON, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 4:25-cv-4925 |
| v. § | |
| § | |
| HARRIS COUNTY, TEXAS, § | |
| § | |
| Defendant. § | |

## DEFENDANT'S WITHDRAWAL OF
## DEFENDANT'S FIRST AMENDED MOTION TO DISMISS

Please take notice that Defendant Harris County, Texas hereby ***withdraws*** "Defendant's First Amended Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to F.R.C.P. 12(b)(6)" that was filed January 28, 2026 [ECF No. 19].

Pursuant to the Court's January 29, 2026 Order [ECF No. 22], Defendant wishes to preserve its ability to file a Motion for Summary Judgment in accordance with the Court's Docket Control Order.

Respectfully submitted,

RUSTY HARDIN & ASSOCIATES, LLP

 /s/ *Russell Hardin, Jr.*
Russell Hardin, Jr. (SBT 08972800)
Federal Bar No. 19424
Emily Smith (SBT 24083876)
Federal I.D. No. 1890677
Lisa M. Teachey (SBT 24056416)
Federal Bar No. 860543

Rusty Hardin & Associates, LLP
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800
Email: rhardin@rustyhardin.com
Email: esmith@rustyhardin.com
Email: lteachey@rustyhardin.com

*Counsel for Harris County, Texas*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of February 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

*/s/ Lisa M. Teachey*
Lisa M. Teachey