United States District Court
Southern District of Texas
**ENTERED**
February 05, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Barbie Robinson, | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. H-25-4925 |
| Harris County, Texas, | § § § | |
| Defendant. | § | |

### ORDER

Defendant, Harris County, Texas, has filed a Response (docket no. 23) to the Court's Order (docket no. 22) notifying this Court that it wishes to withdraw its previously filed First Amended Motion to Dismiss (docket no. 19).

Therefore, it is **ORDERED** that Defendant, Harris County, Texas' First Amended Motion to Dismiss (docket no. 19) is **DENIED AS MOOT**.

**SIGNED** at Houston, Texas, on this 5th day of February, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE