IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BARBIE ROBINSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 4:25-cv-4925 |
| v. | § | |
| | § | |
| HARRIS COUNTY, TEXAS, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S ORIGINAL ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Harris County, Texas ("Harris County"), by and through its attorneys of record and by way of Answer to the First Amended Complaint of Plaintiff Barbie Robinson ("Robinson"), states as follows:

1. Harris County admits that Robinson was the executive director for Harris County Public Health, a nationally accredited public health agency for the nation's third-largest county servicing a population of approximately five million people. Otherwise, denied.

2. Harris County admits that Robinson's termination resulted from a loss of confidence in Robinson's ability to perform her job effectively. Otherwise, denied.

3. Denied.

**PARTIES**

4. Harris County admits that Robinson is an adult individual and a citizen of the United States and was an employee of Harris County. Harris County lacks knowledge or information sufficient to form a belief about the truth of the allegation that Robinson currently resides in Houston, Harris County, Texas. Otherwise, denied.

5.  Harris County admits that it is a government entity located within the boundaries of Harris County, and that it can be served by written notice to the county judge and county attorney. Otherwise, denied.

6.  Admitted

7.  Admitted.

## JURISDICTION AND VENUE

8.  Admitted.

9.  Harris County denies any unlawful employment practices. Otherwise, admitted.

## EXHAUSTION OF ADMINISTRATIVE PREREQUISTES

10. Denied.

## FACTUAL BACKGROUND

11. Harris County admits that from March 2021 through August 30, 2024, Robinson was employed by Harris County as the executive director for Harris County Public Health. Harris County further admits that Robinson directed the county's public health agency servicing approximately five (5) million people throughout Harris County. Otherwise, denied.

12. Admitted.

13. Harris County lacks knowledge or information sufficient to form a belief about the truth of these allegations.

14. Harris County admits that Lina Hidalgo posted to Twitter on March 9, 2021. Otherwise, denied.

15. Harris County admits that Robinson was tasked with overseeing Community Health and Wellness Division, Community Health and Violence Prevention Services Division, and the Public Health Preparedness and Response Division. Otherwise, denied.

16. Admitted.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Harris County admits that Robinson submitted a written complaint of discrimination to Harris County Human Resources & Risk Management. Otherwise, denied.

25. Denied.

26. Denied.

27. Harris County admits that Robinson was terminated on August 30, 2024. Otherwise, denied.

28. Harris County admits that Leah Barton was named executive director for Harris County Public Health after Robinson's termination. Otherwise, denied.

29. Denied.

30. Denied.

31. Harris County admits that Robinson's termination letter discusses Robinson's failure to be available or have someone from Robinson's team to be available answer questions at Harris County Commissioners Court. Otherwise, denied.

32. Denied.

33. Denied.

## CAUSES OF ACTION

34. Denied.

35. Denied.

36. Denied.

37. Denied.

## DAMAGES

38. Denied.

## ATTORNEYS FEES

39. Harris County admits that Robinson has engaged the Law Office of Chukwudi Eguonu. Otherwise, denied.

## DEMAND FOR JURY TRIAL

40. Harris County admits that Robinson is entitled to a trial by jury of all issues presented here that are capable of being tried by a jury.

Denied that Robinson is entitled to any of the relief for which she prays.

## DEFENSES

41. Plaintiff's claims are barred in whole or in part because the First Amended Complaint fails to state a claim upon which relief may be granted.

42. Plaintiff's claims are barred in whole or in part because all actions taken by Harris County were supported by legitimate non-discriminatory reasons.

43. Plaintiff's claims are barred in whole or in part because all actions taken by Harris County were supported by legitimate business reasons.

44. Plaintiff's claims are barred in whole or in part because Harris County acted in good faith and had reasonable grounds for believing its actions did not violate Title VII of the Civil Rights Act of 1964.

45. Plaintiff's claims are barred in whole or in part because Harris County's actions were in good faith conformity with and/or reliance on administrative regulation, order, ruling, approval, interpretation, or practice of the Department of Labor.

46. Plaintiff's claims are barred in whole or in part because all actions taken by Harris County were based on legitimate, non-FMLA reasons, such as de minimis contact, and would have happened even if Plaintiff never requested leave.

47. Plaintiff's claims are barred in whole or in part because Plaintiff failed to satisfy conditions precedent required by the Family and Medical Leave Act.

48. Plaintiff's claims are barred in whole or in part because, to the extent that Plaintiff may seek punitive damages, Plaintiff's recovery is limited by applicable provisions of Title VII of the Civil Rights Act of 1964 and the Texas and/or United States Constitutions. Any award of punitive damages to Plaintiff in this case would be in violation of Title VII of the Civil Rights Act of 1964 and the constitutional safeguards provided to Defendants under the Constitution of the United States and/or the laws of the State of Texas.

49. Harris County reserves the right to assert further affirmative defenses as they become evident through discovery.

## PRAYER

WHEREFORE, Defendant Harris County, Texas prays that Plaintiff Barbie Robinson takes nothing by this suit, that her claims against Harris County be dismissed with prejudice, and that Harris County be granted all such other relief to which it may show itself justly entitled.

Respectfully submitted,

RUSTY HARDIN & ASSOCIATES, LLP

/s/ *Russell Hardin, Jr.*
Russell Hardin, Jr. (SBT 08972800)
Federal Bar No. 19424
Emily Smith (SBT 24083876)
Federal I.D. No. 1890677
Lisa M. Teachey (SBT 24056416)
Federal Bar No. 860543
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800
Email: rhardin@rustyhardin.com
Email: esmith@rustyhardin.com
Email : lteachey@rustyhardin.com

**Counsel for Harris County, Texas**

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

/s/ *Russell Hardin, Jr.*
Russell Hardin, Jr.